IN THE UNITED STATES BANKRUPTCY COURT FOR THE
NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

**IN RE:** Toney Jr, Genard A

Printed: 5/27/08

Case Number: 06 B 16204
Judge: Squires, John H
Filed: 12/8/06

# FINAL REPORT AND ACCOUNT

The trustee, Marilyn O. Marshall, submits this report to the court pursuant to 11 U.S.C. 1302:

Status:   Dismissed: April 16, 2008
Confirmed: February 21, 2007

## SUMMARY OF RECEIPTS & DISBURSEMENTS

|  | Receipts | Disbursements |
|---|---|---|
|  | 1,710.00 |  |
| Secured: |  | 0.00 |
| Unsecured: |  | 0.00 |
| Priority: |  | 0.00 |
| Administrative: |  | 1,617.66 |
| Trustee Fee: |  | 92.34 |
| Other Funds: |  | 0.00 |
| Totals: | 1,710.00 | 1,710.00 |

## DISBURSEMENT DETAIL

| # | Creditor Name | Type | Repayment | Paid to Date |
|---|---|---|---|---|
| 1. | Burns & Wincek, Ltd. | Administrative | 1,100.00 | 201.99 |
| 2. | Burns & Wincek, Ltd. | Administrative | 2,200.00 | 1,415.67 |
| 3. | International Academy Of Design | Unsecured | 987.57 | 0.00 |
| 4. | Student Loan Guaranty Foundation | Unsecured | 1,468.83 | 0.00 |
| 5. | Harris N A | Unsecured | 3,083.80 | 0.00 |
| 6. | St James & St Margaret Mercy | Unsecured | 160.84 | 0.00 |
| 7. | City Of Chicago Dept Of Revenue | Unsecured | 1,006.20 | 0.00 |
| 8. | Cottage Emergency Physicians | Unsecured | 59.54 | 0.00 |
| 9. | Student Loan Guaranty Foundation | Unsecured | 841.42 | 0.00 |
| 10. | Drive Financial Services | Secured |  | No Claim Filed |
| 11. | Michelle Barnes | Priority |  | No Claim Filed |
| 12. | First Revenue Assurance | Unsecured |  | No Claim Filed |
| 13. | City Of Chicago Dept Of Revenue | Unsecured |  | No Claim Filed |
| 14. | Ingalls Memorial Hospital | Unsecured |  | No Claim Filed |
| 15. | Pellettieri & Associates | Unsecured |  | No Claim Filed |
| 16. | Pathology Assoc Of Chicago | Unsecured |  | No Claim Filed |
| 17. | MRSI | Unsecured |  | No Claim Filed |
| 18. | Ingalls Memorial Hospital | Unsecured |  | No Claim Filed |
| 19. | Drive Financial Services | Unsecured |  | No Claim Filed |
| 20. | Mutual Hospital Services/Alverno | Unsecured |  | No Claim Filed |
| 21. | Robert J Semrad & Associates | Unsecured |  | No Claim Filed |
| 22. | Shahida Tanveer MD | Unsecured |  | No Claim Filed |
| 23. | SBC | Unsecured |  | No Claim Filed |
| 24. | St Margaret Mercy Hospital | Unsecured |  | No Claim Filed |
| 25. | West Asset Management | Unsecured |  | No Claim Filed |

IN THE UNITED STATES BANKRUPTCY COURT FOR THE
NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

| IN RE: | Toney Jr, Genard A | Case Number: 06 B 16204 |
|---|---|---|
| | | Judge: Squires, John H |
| | Printed: 5/27/08 | Filed: 12/8/06 |

| | | | | |
|---|---|---|---|---|
| 26. | Account Management Service | Unsecured | | No Claim Filed |
| 27. | Medical Business Bureau Inc | Unsecured | | No Claim Filed |
| | | | _____ | _____ |
| | | | $ 10,908.20 | $ 1,617.66 |

### TRUSTEE FEE DETAIL

| Fee Rate | Total Fees |
|---|---|
| 5.4% | 92.34 |
| | _____ |
| | $ 92.34 |

Based on the above information, the trustee requests that the court enter an order discharging the trustee, releasing the trustee's surety from liability for actions relating to the above proceedings, closing the estate and for such other relief as is proper.

Marilyn O. Marshall, Trustee, by:

_____